IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01183-MEH

JILL HELMUS,

    Plaintiff,

v.

BC SERVICES, INC., a Colorado corporation,

    Defendant.

## ORDER

**Michael E. Hegarty, United States Magistrate Judge.**

THIS MATTER having come before the Court on the Stipulated Motion to Dismiss With Prejudice [filed August 17, 2012; docket #18], and the Court being fully advised, it is hereby

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE**, each party to pay its own fees and costs.

Dated and entered at Denver, Colorado, this 12th day of September, 2012.

BY THE COURT:

*/s/ Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge